CHRISTINE S. HWANG, Cal. Bar No. 184549
SHAWN C. GROFF, Cal. Bar No. 248022
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: (510) 272-0169
Fax: (510) 272-0174
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 ELECTRICAL TRUST FUNDS; ELECTRICAL INDUSTRY SERVICE CORPORATION; VICTOR UNO in his capacity as Trustee of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 ELECTRICAL TRUST FUNDS and Officer of the ELECTRICAL INDUSTRY SERVICE CORPORATION; and DON CAMPBELL in his capacity as Trustee of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 ELECTRICAL TRUST FUNDS and Officer of the ELECTRICAL INDUSTRY SERVICE CORPORATION,<br><br>   Plaintiffs,<br>v.<br><br>CROWN ELECTRIC, INC., a California corporation,<br><br>   Defendant. | Case No. C09-03042 MHP<br><br>**STIPULATION AND ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

STIPULATION AND ORDER DISMISSING COMPLAINT WITH PREJUDICE    Page 1

IT IS HEREBY STIPULATED by and between the parties to this action that the entire action be and hereby is discharged and dismissed, with prejudice, pursuant to FRCP 41(a)(1), and that all parties shall bear their own attorney fees and costs. This dismissal with prejudice encompasses any and all claims, demands, causes of action asserted against Defendant CROWN ELECTRIC, INC., in this action, or arise out of the subject matter of this action, including but not limited to those claims brought by Plaintiffs: INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 ELECTRICAL TRUST FUNDS; ELECTRICAL INDUSTRY SERVICE CORPORATION; VICTOR UNO in his capacity as Trustee of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 ELECTRICAL TRUST FUNDS and Officer of the ELECTRICAL INDUSTRY SERVICE CORPORATION; and DON CAMPBELL in his capacity as Trustee of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 ELECTRICAL TRUST FUNDS and Officer of the ELECTRICAL INDUSTRY SERVICE CORPORATION.

Dated: August 10, 2009

LEONARD CARDER, LLP

By: *(signature)* Christine S. Hwang

ATTORNEYS FOR PLAINTIFFS

CROWN ELECTRIC, INC.

By: *(signature)* Nisha Chaudry
IN PRO PER
Nisha Chaudry

**ORDER**  C 09-3042 MHP

Pursuant to the Stipulation of the parties, the above-entitled action is dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

Dated: 8/20/2009



_____
Judge Marilyn H. Patel
IT IS SO ORDERED